UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Buz Nay Axline | , | Case No. C 16-cv-02052-RS |
| Plaintiff(s) | | |
| v. | | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| Unum Life Ins. Co. of Am., et al. | , | |
| Defendant(s) | | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: July 20, 2016      Signed: /s/ Teresa S. Renaker
                                 Attorney for Plaintiff

Date: July 20, 2016      Signed: /s/ Anna M. Martin
                                 Attorney for Defendant

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS

*IT IS SO ORDERED*
*Judge Richard Seeborg*

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" <u>or</u> "Stipulation & Proposed Order Selecting ENE" <u>or</u> "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 6-2016*