1  Teresa S. Renaker – CA State Bar No. 187800
   Margaret E. Hasselman – CA State Bar No. 228529
2  Kirsten Scott – CA State Bar No. 253464
   RENAKER HASSELMAN LLP
3  235 Montgomery Street, Suite 944
   San Francisco, CA 94104
4  Telephone: (415) 653-1733
   Facsimile: (415) 727-5079
5  teresa@renakerhasselman.com
   margo@renakerhasselman.com
6  kirsten@renakerhasselman.com

7
   Attorneys for Plaintiff
8

9
                 IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO/OAKLAND DIVISION
12

13 BUZ NAY AXLINE,                          )
                                            )
14            Plaintiff,                    )  Case No. 3:16-cv-02052-RS
                                            )
15     vs.                                  )  **STIPULATION FOR DISPOSITIVE**
                                            )  **MOTION BRIEFING SCHEDULE;**
16 UNUM LIFE INSURANCE COMPANY OF           )  **[PROPOSED] ORDER THEREON**
   AMERICA and CATHOLIC HEALTHCARE          )
17 WEST LONG-TERM DISABILITY BENEFIT        )
   PLAN,                                    )
18                                          )
              Defendants.                   )
19 _____  )

20       WHEREAS, at the initial case management conference held September 1, 2016, the

21 Court directed the parties to agree on a briefing schedule for dispositive motions; and

22       WHEREAS, the parties have conferred and agreed on a schedule;

23       NOW, THEREFORE, the parties stipulate to the following briefing schedule:

24       Plaintiff's motion filed:                              December 22, 2016

25       Defendants' cross-motion and opposition (one brief) filed:  January 12, 2017

26       Plaintiff's opposition and reply (one brief) filed:   January 26, 2017

27       Defendants' reply filed:                              February 9, 2017

28       Hearing:                                              February 23, 2017, 1:30 p.m.

1  SO STIPULATED:

2  Dated: September 9, 2016                    RENAKER HASSELMAN LLP

3                                         By:  */s/ Teresa S. Renaker*
                                               Teresa S. Renaker
4
                                               Attorneys for Plaintiff
5
   Dated: September 9, 2016                    RIMAC MARTIN APC
6
                                          By:  */s/ Anna M. Martin*
7                                              Anna M. Martin

8                                              Attorneys for Defendants

9                              **ATTESTATION**

10     Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

11  has been obtained from each of the other signatories.

12                                             */s/ Teresa S. Renaker*
                                               Teresa S. Renaker
13

14                          **[PROPOSED] ORDER**

15     PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated:  9/14  , 2016
                                               RICHARD SEEBORG
17                                             United States District Judge

18

                                                                                 PAGE 2