UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUZ NAY AXLINE,

          Plaintiff,

     v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,

          Defendants.

Case No.  16-cv-02052-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 9, 2016**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 15, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:  October 17, 2016

_____
Richard Seeborg
United States District Judge