Teresa S. Renaker – CA State Bar No. 187800
Margaret E. Hasselman – CA State Bar No. 228529
Kirsten Scott – CA State Bar No. 253464
RENAKER HASSELMAN SCOTT LLP
235 Montgomery Street, Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| BUZ NAY AXLINE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and CATHOLIC HEALTHCARE WEST LONG-TERM DISABILITY BENEFIT PLAN,<br><br>　　　　　Defendants. | Case No. 3:16-cv-02052-RS<br><br>[~~PROPOSED~~] **ORDER CONTINUING SHOW CAUSE HEARING** |

Having reviewed Plaintiff's response to the Court's Standby Order of Dismissal, and good cause appearing, the Court ORDERS as follows:

The parties are required to file a stipulation of dismissal by **January 13, 2017.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 19, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 12/9, 2016

_____
Richard Seeborg
United States District Judge