**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUZ NAY AXLINE<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; and CATHOLIC HEALTHCARE WEST LONG TERM DISABILITY PLAN<br><br>　　　　Defendants. | CASE NO. 3:16-CV-02052 RS<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff BUZ NAY AXLINE and Defendants UNUM LIFE INSURANCE COMPANY OF AMERICA and DIGNITY HEALTH LONG TERM DISABILITY PLAN (improperly named herein as Catholic Healthcare West Long Term Disability Benefit Plan (the "Plan")) by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by each of the other signatories to this document. The conformed signature herein shall serve in lieu of their original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

|     |     |
| --- | --- |
|     | RENAKER HASSELMAN LLP |
| DATED: January 3, 2017 | By: */s/ Teresa S. Renaker* <br> Teresa S. Renaker <br> Attorneys for Plaintiff <br> BUZ NAY AXLINE |
|     | **RIMAC MARTIN, P.C.** |
| DATED: January 3, 2017 | By: */s/ Anna M. Martin* <br> ANNA M. MARTIN <br> Attorneys for Defendants <br> UNUM LIFE INSURANCE COMPANY OF AMERICA and DIGNITY HEALTH LONG TERM DISABILITY PLAN |

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated:  1/12/17

The Honorable Richard Seeborg
United States District Judge

3

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER**
CASE NO. 3:16-CV-02052 RS